UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re: Tammy M. Alcock )  Case Number: 08-24909
)
) Chapter: 7
Debtor(s). )

STATEMENT UNDER PENALTY OF PERJURY CONCERNING
PAYMENT ADVICES DUE PURSUANT TO 11 U.S.C. § 521 (a)(1)(B)(iv)

I, Tammy Alcock, the Debtor named above, state as follows:

1. The last 4 digits of the Debtor's SSN and EIN is as follows: 6695

2. I reside at the following address: 5821 N. Thunderhill Rd, Parker, CO 80134.

3. I was unable to file with the Court copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the bankruptcy petition because:

a._____ I was not employed during the period immediately preceding the filing of the above referenced case to wit:_____.

b._____ I was employed during the period immediately preceding the filing of the above referenced case, but did not receive any payment advices or other evidence of payment from my employer within 60 days before the date of the filing of the bankruptcy petition.

c.__✓__ I am self-employed and do not receive any of evidence of payment from an employer; or

d._____ Other (Please explain)_____.

I declare under penalty of perjury that the foregoing statement is true and correct.

Dated this 22 day of September, 2008.

_____
Debtor's Signature

CERTIFICATE OF SERVICE:

I certify that I served true and correct copies of the foregoing declaration by emailing a copy of each of the following on this __8th__ day of __October__ 2008 to:

ASSIGNED CHAPTER 7/13 TRUSTEE
EMAIL:
Jeffery Hill
jhilllaw@epitrustee.com

By: _Jocelyn Pallao_

g:\firm\bankruptcy reform\signing documents\CH 13/7 Statement of No Pay Advices (080729)